IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ETC COMPANIES, LLC | : |
|                     Plaintiff | : Civil Action No. 22-02497 |
| v. | : |
| TERRA GROUP, INC. | : |
|                     Defendant. | : |

ORDER

AND NOW, this _____ day of _____ 2022, upon consideration of ETC Companies, LLC, Request for Final Judgment under Fed.R.Civ.P. 55, and any response in opposition thereto, it is hereby ORDERED that the motion is GRANTED and judgment is entered in favor of Plaintiff, ETC Companies, LLC and against Defendant, Terra Group, Inc.

BY THE COURT:

_____
                                                                                    J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ETC COMPANIES, LLC | : |
|            Plaintiff | : Civil Action No. 22-02497 |
| v. | : |
| TERRA GROUP, INC. | : |
|            Defendant. | : |

## AMENDED
## REQUEST FOR ENTRY AND AFFIDAVIT
## IN SUPPORT OF DEFAULT JUDGMENT FOR SUM CERTAIN

TO THE CLERK OF COURT OF THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

Plaintiff, ETC Companies, LLC ("ETC"), files this motion for entry of judgment by default and avers as follows:

1. Pursuant to Fed.R.Civ.P 55(b)(1), Plaintiff hereby requests that default judgment be entered against Defendants, Terra Group, Inc., in the amount of $136,396.01, as demanded in the Complaint in this action, for failure to plead or otherwise defend. A copy of the Complaint, excluding exhibits, is attached hereto as Exhibit "A" and is incorporated by reference herein.

2. Defendant was served with a copy of the Summons and Complaint on July 5, 2022. A copy of the Affidavit of Service is attached hereto as Exhibit "B."

3. Terra Group, Inc. had 21 days from July 5, 2022, to file an answer or other pleading responsive to the Complaint.

2

4. More than 21 days from July 5, 2022, have passed and Defendant has not filed an answer or other pleading to the Complaint.

5. On August 5, 2022, the Clerk of the United States District Court for the Eastern District of Pennsylvania entered default against Terra Group, Inc.

6. Pursuant to Fed.R.Civ.P. 55(b)(1). Plaintiff is entitled to a default judgment against ETC for the sum certain demanded in the Complaint, $195,641.41.

7. The sum certain demanded consists of:

    a. Principal Amount: $136,396.01

    b. Interest, penalty, and attorney's Fees under the Pennsylvania Contractor and Subcontractor Act (73 P.S. § 501, et. seq.): $ 59,245.40

    TOTAL: $195,641.41

Dated: August 30, 2022

Respectfully submitted,

*/s/Walter S. Zimolong*
Walter S. Zimolong, Esquire
Attorney for Plaintiff

Sworn to and Subscribed
before me this 30th day of
August, 2022.

*Susan L. Silenzi*
Notary Public

My Commission Expires:

Commonwealth of Pennsylvania - Notary Seal
Susan L. Silenzi, Notary Public
Delaware County
My commission expires October 11, 2025
Commission number 1152566
Member, Pennsylvania Association of Notaries

3

## CERTIFICATE OF SERVICE

I, hereby certify that on the date set forth below, in accordance with Fed.R.Civ.P. 5, the foregoing was electronically filed with the United States District Court for the Eastern District of Pennsylvania electronic filing system website and is available for review on the United States District Court for the Eastern District of Pennsylvania electronic filing system's website, which filing constitutes proper service upon the counsel of record.

Dated: August 30, 2022                    By:/s/ *Walter S. Zimolong, Esquire*
                                            Walter S. Zimolong, Esquire
                                            Attorney for Plaintiff

# EXHIBIT "A"

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
ETC COMPANIES, LLC

### DEFENDANTS
TERRA GROUP, INC.

**(b)** County of Residence of First Listed Plaintiff **Bergen**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **Philadelphia**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Walter S. Zimolong, Esq. and James J. Fitzpatrick, III, Esq., 353 W. Lancaster Ave., Ste. 300, Wayne, PA

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [x] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [x] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [x] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  | PROPERTY RIGHTS | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander |  | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability |  | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine |  | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | PERSONAL PROPERTY | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | LABOR | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act |  | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [x] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | SOCIAL SECURITY | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise |  | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / Habeas Corpus: | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee |  | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence |  | FEDERAL TAX SUITS | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General |  | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability |  | [ ] 535 Death Penalty | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [ ] 445 Amer. w/Disabilities - Employment | Other: IMMIGRATION |  |  |
|  | [ ] 446 Amer. w/Disabilities - Other / [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application |  | [ ] 950 Constitutionality of State Statutes |
|  | [ ] 448 Education / [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions |  |  |
|  | [ ] 555 Prison Condition |  |  |  |
|  | [ ] 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Section 1332, 28 U.S.C. Section 1391(b)(2) and (b)(3)
Brief description of cause:
To collect monies from Tozour for the amount paid by plaintiff

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 136,396.01

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 06/23/22
SIGNATURE OF ATTORNEY OF RECORD: /s/ Walter S. Zimolong, Esquire

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ETC COMPANIES, LLC | : | No. |
| Plaintiff | : | |
| v. | : | |
| TERRA GROUP, INC. | : | |
| Defendant | : | |

## COMPLAINT

Plaintiff, ETC Companies, LLC, files this complaint against Terra Group, Inc. as follows:

### Parties, jurisdiction, and venue

1. Plaintiff, ETC Companies, LLC, ("ETC") is a New Jersey limited liability company with a principal place of business located in New Jersey. There are no members of ETC that are citizens of the Commonwealth of Pennsylvania.

2. Defendant is Terra Group, Inc., ("Terra") a Pennsylvania corporation with a principal place of business located in Pennsylvania.

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000 and the parties are citizens of different states.

4. Venue is proper under 28 U.S.C. § 1391(b)(2) because a substantial part of the events of omissions giving rise to the claim occurred in the Eastern District of Pennsylvania and in Montgomery County, Pennsylvania.

5. Venue is also proper under 28 U.S.C. § 1391(b)(3) because Defendant is subject to personal jurisdiction in this judicial district.

### Background

6. In April 2020, ETC, as a contractor, executed a written subcontract (the "Subcontract") with Terra, as subcontractor, whereby Terra agreed to supply all labor and materials necessary to install a complete HVAC system at a project located at 330 Walnut Street, Norristown, Pennsylvania 19401 (the "Project").

7. The Project was the conversion of an existing building into approximately 175 apartments.

8. To fulfil its duties under the Subcontract, Terra executed a contract with Tozour Energy System, Inc. ("Tozour") whereby Tozour agreed to furnish and provide a 105-Ton Trane Intellipak Heating, Cooling, Dehumidification and Ventilation Rooftop Unit (the "HVAC Unit").

9. Terra obtained the HVAC Unit from Tozour and installed it at the Project.

10. Terra invoiced ETC for the HVAC Unit and the labor necessary to install it.

11. ETC paid Terra's invoice.

12. But Terra did not pay Tozour.

13. Therefore, on June 18, 2021, Tozour filed a mechanics lien (the "Mechanics Lien Claim") under 49 P.S. § 1101, et. seq., the Pennsylvania Mechanics Lien Law, against the Project to secure payment of $171,335.00 which Terra owed it for the HVAC Unit.

14. ETC demanded that Terra pay Tozour the amount Terra owed Tozour, but Terra refused to fully pay Tozour.

15. Under ETC's indemnification agreement with the Project's owner, ETC defended against the lien.

16. Ultimately, ETC paid Tozour $136,396.01 to resolve the Mechanics Lien Claim.

17. Terra owes ETC $136,396.01 plus interest, penalties, and attorney's fees.

## COUNT I
## Breach of Contract

18. ETC incorporates the previous paragraphs by reference.

19. Under the Subcontract, Terra had a duty to, among other things: (a) not permit the filing of a mechanics lien against the Project, (b) promptly pay for all materials, labor, and equipment supplied to it for the Project, (c) provide ETC with proof that it paid for all materials, labor, and equipment for the Project, and (d) reimburse ETC for any loss or damages of any nature suffered by ETC as a result of Terra's default.

20. Terra breached one or more of those duties in failing to fully pay Tozour for the HVAC Unit.

21. Because of Terra's breach of contract, ETC was forced to pay Tozour for the HVAC Unit after it already paid Terra for the same equipment.

22. So, ETC was forced to pay for the HVAC Unit twice.

23. Accordingly, ETC has suffered damages of $136,396.01.

3

## COUNT II
### Indemnification

24. Plaintiff incorporates the previous paragraphs by reference.

25. Under paragraph 8 of the Subcontract, Terra agreed to indemnify, defend, and hold harmless ETC and the owner of the Project from, among other things, any and all claims, suits, damages, and liabilities, including attorney's fees and costs, expenses and disbursements related to claims brought against the owner of the Project.

26. Tozour brought a claim against the owner of the Project in the form of the Mechanics Lien Claim.

27. ETC satisfied the Mechanics Lien Claim by making payment to Tozour for the debt Terra owed Tozour.

28. Accordingly, Terra owes ETC indemnification for the amount ETC paid Tozour, including ETC's attorney's fees and costs.

## COUNT III
### Subrogation

29. Plaintiff incorporates the previous paragraphs by reference.

30. Under 49 P.S. 1604(1), upon payment of Tozour's mechanics lien claim, ETC became subrogated to the rights of Tozour against Terra.

31. Under 73 P.S. 501, et. seq., the Pennsylvania Contractor and Subcontract Payment Act (the "Payment Act"), Terra was required to pay Tozour within fourteen days of receipt of the invoice from Tozour.

4

32. Terra violated the Payment Act by failing to pay Tozour's invoice within fourteen days and failing to give Tozour any written notification that the labor, material, and services Tozour provided were defective or deficient.

33. Under the Payment Act, in addition to the principal amount owed, Tozour was entitled to interest at 1% per month, penalty at 1% per month, and reasonable attorney's fees and costs.

34. By paying the Mechanics Lien Claim, ETC is subrogated to the rights of Tozour and is to entitled to recover from Terra the principal amount that was owed by Terra to Tozour and damages under the Payment Act.

35. Accordingly, Terra owes ETC $136,396.01, 1% interest per month, 1% penalty per month, and reasonable attorney's fees and cost.

## REQUESTED RELIEF

WHEREFORE, plaintiff, ETC Companies, LLC demands judgment in its favor and against defendant, Terra Group, Inc., awarding ETC damages of $136,396.01, damages under the Payment Act, attorney's fees, costs, and any other relief this Court deems appropriate.

Respectfully submitted,

Dated: June 27, 2022

*/s/ Walter S. Zimolong*
WALTER S. ZIMOLONG, ESQUIRE
JAMES J. FITZPATRICK, ESQUIRE
Zimolong, LLC
wally@zimolonglaw.com
James@zimolonglaw.com
PO Box 552
Villanova, PA 19085-0552
Tele: 215-665-0842

5

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: __275 North Franklin Turnpike, Ramsey, NJ 07446__

Address of Defendant: __2626 E. Cambria Street, Philadelphia, PA 19134__

Place of Accident, Incident or Transaction: __330 Walnut Street, Norristown, PA 19401__

---

**RELATED CASE, IF ANY:**

Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes ☐  No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes ☐  No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes ☐  No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes ☐  No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __06/27/2022__  _____(signature)_____  __89151__
                                              *Attorney-at-Law / Pro Se Plaintiff*            *Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

| A. *Federal Question Cases:* | B. *Diversity Jurisdiction Cases:* |
|---|---|
| ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts | ☑ 1. Insurance Contract and Other Contracts |
| ☐ 2. FELA | ☐ 2. Airplane Personal Injury |
| ☐ 3. Jones Act-Personal Injury | ☐ 3. Assault, Defamation |
| ☐ 4. Antitrust | ☐ 4. Marine Personal Injury |
| ☐ 5. Patent | ☐ 5. Motor Vehicle Personal Injury |
| ☐ 6. Labor-Management Relations | ☐ 6. Other Personal Injury *(Please specify):* _____ |
| ☐ 7. Civil Rights | ☐ 7. Products Liability |
| ☐ 8. Habeas Corpus | ☐ 8. Products Liability – Asbestos |
| ☐ 9. Securities Act(s) Cases | ☐ 9. All other Diversity Cases |
| ☐ 10. Social Security Review Cases |     *(Please specify):* _____ |
| ☐ 11. All other Federal Question Cases *(Please specify):* _____ | |

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: __06/27/2022__  _____Sign here if applicable_____  __89151__
                                            *Attorney-at-Law / Pro Se Plaintiff*            *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | ) | |
|---|---|---|
| ETC COMPANIES, LLC | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 22-2497 |
| | ) | |
| TERRA GROUP, INC. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Terra Group, Inc.
2626 E. Cambria Street
Philadelphia, PA 19134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Walter Stephen Zimolong
P.O. Box 552
Villanova, Pa 19085

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/27/2022     *s/Joseph Gerard Lavin*
                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22-2497

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ETC COMPANIES, LLC

    *Plaintiff(s) / Petitioner(s)*

v.

TERRA GROUP, INC.
    *Defendant(s) / Respondent(s)*

Case No.: 22-0249?

## **AFFIDAVIT OF SERVICE**

I, Dana Judge, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on Terra Group, Inc. in Bucks County, PA on July 5, 2022 at 4:19 pm at 570 Dunksferry Rd, Bensalem, PA 19020 by leaving the following documents with Alex who as Managing agent is authorized by appointment or by law to receive service of process for Terra Group, Inc..

Complaint against Terra Group, Inc.
Designation Form
Civil Cover Sheet to Complaint
Summons

Additional Description:
Served on managing agent for terra group

White Male, est. age 40, glasses: N, Gray hair, 160 lbs to 180 lbs, 6' to 6' 3".
Geolocation of Serve: http://maps.google.com/maps?q=40.0807563728,-74.9264011626
Photograph: See Exhibit 1

*Dana Judge*

Signature
Dana Judge
(856) 230-0261

AMBER JO MARTINEZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20104038470
MY COMMISSION EXPIRES 10/08/2023

Subscribed and sworn to before me this __07__ day of __July__, __22__, by __Amber Jo Martinez__.

Online Notary Public. This notarial act involved the use of online audio/video communication technology.

Witness my hand and official seal.

*Amber Jo Martinez*

My commission expires: __10/08/2023__

Notary Public

Job #143207    ETC Companies/Terra Group, Inc.    Page 1

# Exhibit 1



Exhibit 1a)

Exhibit 1b)



Job #143207 | ETC Companies/Terra Group, Inc. | Page 3