IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ETC COMPANIES, LLC | : |
| Plaintiff | : Civil Action No. 22-02497 |
| v. | : |
| TERRA GROUP, INC. | : |
| Defendant. | : |

STIPULATION OF DISMISSAL

TO THE CLERK:

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), please mark the above-referenced matter dismissed without prejudice subject to the parties' settlement agreement.

Respectfully submitted,

Dated: February 22, 2023

*/s/Walter S. Zimolong*
Walter S. Zimolong, Esquire
James J. Fitzpatrick, Esquire
Zimolong LLC
353 W. Lancaster Ave., Ste. 300
Wayne, PA 19087
(215) 665-0842
Attorneys for Plaintiff