# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ETC COMPANIES, LLC** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-2497 |
| | : | |
| **TERRA GROUP, INC.** | : | |

## ORDER

**AND NOW**, this 23rd day of February 2023, upon considering Plaintiff's Stipulation of Dismissal (DI 17), it is **ORDERED**:

1. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(a)(1)(A)(i); and,

2. The Clerk of Court shall **close** this case.

*/s/ John F. Murphy*
**MURPHY, J.**